**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 97-7596**

————————————

JIMMIE WASHINGTON,

Petitioner - Appellant,

versus

WILLIAM DAVIS, Warden; ATTORNEY GENERAL OF THE
STATE OF SOUTH CAROLINA,

Respondents - Appellees.

————————————

**No. 98-6623**

————————————

JIMMIE WASHINGTON,

Petitioner - Appellant,

versus

WILLIAM DAVIS, Warden; ATTORNEY GENERAL OF THE
STATE OF SOUTH CAROLINA,

Respondents - Appellees.

————————————

Appeals from the United States District Court for the District of
South Carolina, at Charleston.  Robert S. Carr, Magistrate Judge.
(CA-97-1801-2-8AJ)

Submitted:  September 10, 1998     Decided:  September 30, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jimmie Washington, Appellant Pro Se.  Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant first appeals the district court's order denying his motion to reconsider a non-existent dismissal order. Appellant also filed a notice of appeal after the court's order extending the time for the respondents to reply to Appellant's 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998), petition and noting that the matter could be considered by a magistrate judge with the parties' consent. We dismiss the appeals for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, see 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders. See 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

We deny a certificate of appealability and dismiss the appeals as interlocutory. Appellant's motion to place these appeals in abeyance is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3